Decided June 16, 2004

### BEVERLY L. GRIMM *v.* ROBERT L. GRIMM

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 41 (AC 23901), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the trial court's improper findings in support of its financial award were harmless?"

The Supreme Court docket number is SC 17212.

*John Wayne Fox*, in support of the petition.

*Norman A. Roberts II*, in opposition.

Decided June 16, 2004

